UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

   v.

MICHAEL CROW,

        Defendant.
_____/

NO. CIV. S-04-2534 LKK/DAD

O R D E R

By a minute order dated March 30, 2005, both parties in the above-captioned case were notified that a Status Conference was set before the undersigned on April 18, 2005 at 1:30 p.m. Both parties were ordered to file with the court and serve upon all other parties, not later seven (7) days before the conference, a status report.[1] Defendant's counsel has failed to do so.

////

---

[1] In the minute order, the parties were directed to refer back to the original status order for pertinent deadlines.

1

1   Accordingly, the court hereby ORDERS that:

2   1.  Counsel for defendant is ordered to SHOW CAUSE, within fifteen (15) days of the effective date of this order, why sanctions should not be imposed for failing to file a status report;

   2.  The Status Conference set for April 18, 2005 at 1:30 p.m. is CONTINUED to May 23, 2005 at 2:30 p.m.

   3.  Counsel for defendant shall FILE a status report ten (10) days prior to the conference.

   IT IS SO ORDERED.

   DATED:  April 21, 2005.

                                   /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT