UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

   v.

MICHAEL CROW,

        Defendant.

                       /

NO. CIV. S-04-2534 LKK/DAD

O R D E R

On April 22, 2005, this court ordered counsel for plaintiff to show cause, within 15 days of the effective date of the order, why sanctions should not be imposed for failing to file a status report. The court is in receipt of plaintiff's counsel's response.[1]

---

[1] The court also reminds plaintiff's counsel that as of January 4, 2005, local rules require all parties to electronically file all documents. Although the court accepted plaintiff's counsel's response in this one instance, failure to electronically file in the future may result in further sanctions.

1

1   No good cause being shown, counsel for plaintiff is sanctioned
2  in the amount of one hundred and fifty ($150.00) dollars.  This sum
3  shall be paid to the Clerk of the Court no later than thirty (30)
4  days from the effective date of this order.  Counsel shall file an
5  affidavit accompanying the payment of this sanction which states
6  that it is paid personally by counsel, out of personal funds, and
7  is not and will not be billed, directly or indirectly, to the
8  client or in any way made the responsibility of the client as
9  attorneys' fees or costs.
10      IT IS SO ORDERED.
11      DATED:  May 9, 2005.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT