```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11   DIRECTV, INC., a California
     corporation,
12                                          NO. CIV. S-04-2534 LKK/DAD
13              Plaintiff,
14        v.                                      O R D E R
15   MICHAEL CROW,
16              Defendant.
                                    /
17
```

Due to clerical error, the court's May 9, 2005 order is hereby VACATED. The court is in receipt of defendant's counsel's response to the court's April 22, 2005 order to show cause.[1]

No good cause being shown, counsel for defendant is sanctioned in the amount of one hundred and fifty ($150.00)

---

[1] The court also reminds defendant's counsel that as of January 4, 2005, local rules require all parties to electronically file any documents or correspondences. Although the court accepted defendant's counsel's response in this one instance, failure to electronically file in the future may result in further sanctions.

1

1 dollars.  This sum shall be paid to the Clerk of the Court no later
2 than thirty (30) days from the effective date of this order.
3 Counsel shall file an affidavit accompanying the payment of this
4 sanction which states that it is paid personally by counsel, out
5 of personal funds, and is not and will not be billed, directly or
6 indirectly, to the client or in any way made the responsibility of
7 the client as attorneys' fees or costs.
8     IT IS SO ORDERED.
9     DATED:  May 12, 2005.

10                          /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
11                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2