UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

        Plaintiff,

   v.

MICHAEL CROW,

        Defendant.
_____/

NO. CIV. S-04-2534 LKK/DAD

O R D E R

    The court is in receipt of plaintiff's request to continue the date by which to file dispositional documents after notification of settlement. Plaintiff states that the parties have exchanged several drafts of the proposed settlement agreement and need an additional thirty (30) days to finalize the agreement. Having considered the plaintiff's papers and good cause appearing, plaintiff's request will be granted.

////

////

1

1  The deadline by which to file dispositional documents is EXTENDED
2  thirty (30) days from the date of this order.
3      IT IS SO ORDERED.
4      DATED:  September 1, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT