Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-04-2534 LKK DAD |
| Plaintiff, | Hon. Lawrence K. Karlton |
| vs. | **ORDER DISMISSING DEFENDANT MICHAEL CROW** |
| MICHAEL CROW, | |
| Defendant. | |

Having read the Request for Voluntary Dismissal of Defendant MICHAEL CROW filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1.   This action is hereby dismissed with prejudice as against Defendant MICHAEL CROW; and

2.   Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED:  October 7, 2005

/s/Lawrence K. Karlton
Honorable Lawrence K. Karlton
United States District Court
Eastern District of California